**08 C 1339**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

# EXHIBIT A

STATE OF NY
COUNTY OF Nassau

## AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
PALLINO RECEIVABLES LLC
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
PALLINO RECEIVABLES LLC AS SUCCESSOR IN INTEREST OF HOUSEHOLD BANK (SB), N.A.
by
ARIEL CAHILIG

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

CREDITOR/ACCOUNT NUMBER                              CURRENT BALANCE

PALLINO RECEIVABLES LLC
5407912057152724
                                                          948.38

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

09 day of March, 20 07.

Notary Public

My Commission Expires: _____

Date of Service: ___/___/20___

Reference #:       1917086
Forwarder ID #: 5407912057152724
Account #:        5407912057152724

BAFF(11/02)EE0
TA, INC.

_____ Affiant

_____ Title (Agent)

SARA RUBIN
Notary Public, State of New York
No. 01RU6142544
Qualified in Suffolk County
Commission Expires March 20, 2010

Ex #1