**FILED**

**MARCH 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Case Number:

Ariel Cahilig, on behalf of plaintiff and classes,
Plaintiff,
v.
Data Search N.Y., INC., d/b/a Trak America, LLC and Pallino
Receivables LLC, Defendant.

**08 C 1339**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff.

**JUDGE LINDBERG
MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print)<br> Michael J. Aschenbrener | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Michael Aschenbrener | |
| FIRM<br> Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS<br> 120 S. LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP<br> Chicago, IL 60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6292306 | TELEPHONE NUMBER<br> 312-739-4200 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐