AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ARIEL CAHILIG, on behalf of plaintiff and classes,
        Plaintiff,

V.

DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES LLC,
        Defendant.

CASE NUMBER: **08 C 1339**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LINDBERG**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Data Search N.Y., Inc. d/b/a
Trak America, LLC or TrakAmerica
6851 Jericho Turnpike, Suite 190,
Syosset, NY 11791.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Aschenbrener
Edelman Combs Latturner & Goodwin
120 S. LaSalle St., 18th Flr.
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Nadine Girley* (signature)

(By) DEPUTY CLERK

March 6, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 14, 2008 |
| NAME OF SERVER (PRINT) | TITLE LEAD PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, 6851 JERICHO TPK, SYOSSET NY 11791, COPIES OF SUMMONS & COMPLAINT LEFT WITH CARL HERN*, MANAGER, ON MARCH 14, 2008 AT 12:32 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): * MALE WHITE
AGE: APROX. 40
5'8", 160 LBS
SHORT BROWN HAIR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $33.33 | $33.33 |

### DECLARATION OF SERVER

STATE OF New York
COUNTY OF Suffolk

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 14, 2008
         Date              Signature of Server

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 14 DAY OF March 2008
BY JONATHAN KAHN

JONATHAN KAHN
924 HAWKINS AVE.
LAKE GROVE NY 11755
Address of Server

NOTARY PUBLIC

CONSTANCE M. RIDOLFI
Notary Public - State of New York
No. 4924380
Qualified in Suffolk County
My Commission Expires April 4, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.