

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ARIEL CAHILIG, on behalf of plaintiff and classes,
Plaintiff,

V.

DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES LLC,
Defendant

CASE NUMBER: **08 C 1339**

ASSIGNED JUDGE: **JUDGE LINDBERG**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Pallino Receivables, LLC,
51 John F. Kennedy Parkway, 1st floor west,
Short Hills, NJ 07078

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF
**EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC**
120 SOUTH LASALLE STREET, 18TH FLOOR
CHICAGO, ILLINOIS 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Nadine Hurley_
(By) DEPUTY CLERK

March 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE MARCH 21, 2008 |
| NAME OF SERVER *(PRINT)* FRANK HUFF | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CHRISTINE KUCHTA

☐ Returned unexecuted: _____

☐ Other (specify): _____

STATEMENT OF SERVICE FEES   HOME OFFICE WILL BILL YOU

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 21, 2008          *Frank Huff*
                  Date                               Signature of Server

2398 SEYMOUR AVENUE
UNION, NJ 07083
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS
(NAME OF COURT)

ARIEL CAHILIG vs PALLINO RECEIVABLES, LLC    #08 C 1399
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

FRANK HUFF being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served PALLINO RECEIVABLES, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with CHRISTINE KUCHTA    RECEPTIONIST    At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☒ Business 51 JOHN F. KENNEDY PARKWAY    SHORT HILLS, NEW JERSEY
ADDRESS    CITY / STATE

On Friday, MARCH 21, 2008    AT 11:42AM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

Manner of Service:
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
☒ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

Non-Service: After due search, careful inquiry and diligent attempts at the address(es)) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

Service Attempts: Service was attempted on.- (1) _____ (2) _____
DATE    TIME    DATE    TIME
(3) _____ (4) _____ (5) _____
DATE    TIME    DATE    TIME    DATE    TIME

Description:. Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

*Frank Huff*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 24 day of MARCH, 2008

*[signature]*
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

HAMIDOU GBADAMASSI
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXP: 01/09/2013