# United States District Court
# Northern District of Illinois

In the Matter of

**CAHILIG**

v.

**DATA SEARCH N.Y., INC., et al**

Case No. 08 C 1339

Designated Magistrate Judge
Jeffrey Cole

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **George W. Lindberg** to be related to **08 C 31** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ronald A. Guzman

Dated: April 1, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ronald A. Guzman**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge James F. Holderman

Dated: APR - 1 2008

Finding of Relatedness (Rev. 9/99)