IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL CAHILIG, <br><br> Plaintiff, <br><br> v. <br><br> DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES LLC, <br><br> Defendants. | COURT FILE NO. 08 C 1339 <br><br> Judge Guzman |

## MOTION TO WITHDRAW / MOTION FOR CORRECTION OF CLERICAL ERROR

Attorneys, David M. Schultz and Todd P. Stelter, request an Order from this Court withdrawing their appearances as attorneys for defendant, PALLINO RECEIVABLES LLC and/or correcting a clerical error in regard to the filing of their appearances and state as follows:

1. On March 26, 2008, an attorney appearance was filed on behalf of Todd P. Stelter as attorney for "DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES, LLC."

2. On March 27, 2008, an attorney appearance was filed on behalf of David M. Schultz as attorney for "DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES, LLC."

3. Both attorneys, David M. Schultz and Todd P. Stelter, intended only to e-file an appearance on behalf of defendant DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC.

4. Due to clerical error, co-defendant PALLINO RECEIVABLES, LLC's name was included on the appearance forms.

5.  Defendants request that the appearance by attorneys David M. Schultz and Todd P. Stelter be withdrawn as to PALLINO RECEIVABLES, LLC and/or an Order entered correcting the clerical error.

WHEREFORE, defendant respectfully request an Order from this Court withdrawing their appearances as attorneys for defendant, PALLINO RECEIVABLES LLC and/or correcting a clerical error in regard to the filing of their appearances for PALLINO RECEIVABLES LLC in this case.

Respectfully submitted,

By: ___s/Todd P. Stelter___

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6305445v1 887089

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ARIEL CAHILIG, | ) |
|        Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 C 1339 |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES LLC, | ) Judge Guzman |
|        Defendants. | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 8, 2008, I electronically filed **MOTION TO WITHDRAW / MOTION FOR CORRECTION OF CLERICAL ERROR** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

                                       Respectfully submitted,


                                       By:_____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6305445v1 887089