IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL CAHILIG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) COURT FILE NO. 08 C 1339 |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) |
| AMERICA, LLC and PALLINO | ) Judge Guzman |
| RECEIVABLES LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **15th** day of **April 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his/her stead in Courtroom 1219 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion to Withdraw / Motion to Correct Clerical Error**, a copy of which is hereby served upon you.

Respectfully submitted,

By:＿＿＿s/Todd P. Stelter＿＿＿

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL CAHILIG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DATA SEARCH N.Y., INC. d/b/a TRAK )<br>AMERICA, LLC and PALLINO )<br>RECEIVABLES LLC, )<br>)<br>Defendants. )<br>)<br>) | COURT FILE NO. 08 C 1339<br><br>Judge Guzman |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, I electronically filed **MOTION TO WITHDRAWN / MOTION TO CORRECT CLERICAL ERROR** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179