## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| ARIEL CAHILIG,<br><br>        Plaintiff,<br>v.<br><br>DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and PALLINO RECEIVABLES LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) COURT FILE NO. 08 C 1339<br>)<br>) Judge Guzman<br>)<br>)<br>)<br>)<br>) |

AMENDED APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC**

| | |
|---|---|
| NAME: Todd P. Stelter | |
| SIGNATURE: *s/Todd P. Stelter* | |
| FIRM: HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS 222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP Chicago, Illinois 60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6278521 | TELEPHONE NUMBER<br>312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL CAHILIG, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) COURT FILE NO. 08 C 1339 |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) |
| AMERICA, LLC and PALLINO | ) Judge Guzman |
| RECEIVABLES LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed an **AMENDED APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Daniel Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter_____
One of its attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6305831v1 887089